DOMINICK FRESE, Appellant, v. VIRPE TIA REALTY Co., INC., Sued Herein as VERPETIA REALTY Co., INC., Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.